## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brad Tukes,

      Plaintiff,                                        Civil No. 05-2184 (RHK/JSM)

vs.                                                           **ORDER**

Nancy Libman, John/Jane Does,
of the Domestic Abuse/Harassment Office,
The Domestic Abuse/Harassment Office,

      Defendants.

---

    Having determined that oral argument will not materially assist the Court in its resolution of Defendants' Motion to Dismiss, the April 12, 2006 hearing before the undersigned is **CANCELED** and the Motion to Dismiss will be deemed submitted for decision on the written record as of April 12, 2006.

Dated: March 23, 2006

                                                                      s/Richard H. Kyle
                                                                      RICHARD H. KYLE
                                                                      United States District Judge