# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brad Tukes,

       Plaintiff,                                         Civil No. 05-2184 (RHK/JSM)

vs.                                                      **ORDER**

Nancy Libman, John/Jane Does,
of the Domestic Abuse/Harassment Office,
The Domestic Abuse/Harassment Office,

       Defendants.

Plaintiff's Motion Pursuant to Fed. R. Civ. P. 59(A)(2) (Doc. No. 23) is **DENIED**.

Dated: May 22, 2006

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge